# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                      CASE NO.  4:06cv241-RH/WCS

JEFFREY G. PETERS,

      Defendant.

_____/

## ORDER GRANTING SUMMARY JUDGMENT ON LIABILITY

This matter is before the court on the magistrate judge's report and recommendation (document 17), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Plaintiff's amended motion for summary judgment (document 9), is GRANTED on the issue of liability.  This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED this 23d day of September, 2007.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge