**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **Case No. 4:06cv241-RH/WCS**

**JEFFREY G. PETERS,**

**Defendant.**

**_____________________________/**

## SECOND REPORT AND RECOMMENDATION

Plaintiff initiated this case on May 18, 2006, by filing a complaint against the Defendant, Jeffrey G. Peters, and seeking to obtain a judgment on a student loan. Doc. 1. In a prior report and recommendation, doc. 17, Plaintiff's motion for summary judgment was granted as to liability. Doc. 21. Chief Judge Hinkle adopted the report and recommendation on September 23, 2007. *Id.* The case was remanded for further proceedings as to the issue of the award of damages.

Plaintiff filed a "second addendum to Plaintiff's motion for summary judgment," doc. 18, on August 28, 2007. Defendant Peters was given until October 12, 2007, in which to respond. Doc. 20. Defendant has failed to respond. Thus, Plaintiff's submission as to the amount of damages to be awarded is uncontested.

I previously concluded that Defendant defaulted on student loan payments and judgment should be entered in Plaintiff's favor. Doc. 17. The original amount of the promissory note was $38,438.88. *Id.* The undisputed amount of damages now due Plaintiff is a total amount of $104,513.72 representing principal of $51,846.16 and accrued interest of $52,667.56. Doc. 18. Interest accrues at the rate of $12.77 per day and as of August 22, 2007, Defendant Peters made no payment toward this debt. *Id.* In light of the unrebutted amount of damages due, judgment should be entered in Plaintiff's favor for $104,513.72.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that judgment be **GRANTED** in Plaintiff's favor and Plaintiff be awarded damages in the amount of $104,513.72, representing$51,846.16 of principal and$52,667.56 in accrued interest.

**IN CHAMBERS** at Tallahassee, Florida, on October 29, 2007.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**