# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO.  4:06cv241-RH/WCS

JEFFREY G. PETERS,

    Defendant.

_____/

## ORDER FOR ENTRY OF JUDGMENT

This matter is before the court on the magistrate judge's second report and recommendation (document 22), to which no objections have been filed. The report and recommendation is correct and will be adopted as the opinion of the court. As set forth there, as of August 22, 2007, defendant owed plaintiff $51,846.16 as principal and $52,667.56 as interest. Further interest has accrued from August 22, 2007, through December 3, 2007, a period of 103 days, at $12.77 per day, for total further interest of $1,315.31. The debt as of December 3, 2007, thus is $51,846.16 as principal, and $53,982.87 as interest, for a total of

$105,829.03. Accordingly,

    IT IS ORDERED:

    The second report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Plaintiff United States of America shall recover from defendant Jeffrey G. Peters the sum of Fifty-One Thousand Eight Hundred Forty-Six and 16/100 ($51,846.16) as principal, plus Fifty-Three Thousand Nine Hundred Eighty-Two and 87/100 ($53,982.87) as interest for a total of One Hundred Five Thousand Eight Hundred Twenty-Nine and 03/100 ($105,829.03), for all of which let execution issue." The clerk shall close the file.

    SO ORDERED this 3d day of December, 2007.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge